# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EUGENE SMALLWOOD,** | : |
| **Petitioner** | : |
| | : **CIVIL ACTION NO. 3:17-CV-2326** |
| v. | : |
| | : **(Judge Caputo)** |
| **L.J. ODDO,** *et al.,* | : |
| **Respondents** | : |

# O R D E R

**AND NOW**, this **20th** day of **MARCH 2019**, it is **ORDERED** that Petitioner's motion (ECF No. 23) for appointment of counsel is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**