# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EUGENE SMALLWOOD, | |
| Petitioner, | NO. 3:17-CV-2326 |
| v. | (JUDGE CAPUTO) |
| L.J. ODDO, *et al.*, | |
| Respondents. | |

## **ORDER**

**NOW**, this 17th day of October, 2019, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) filed by James Eugene Smallwood is **DENIED**. The Clerk of Court is directed to mark the case as **CLOSED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge